No. 70–5008.   DAVID, AKA DAVIS *v.* TEXAS, 408 U. S. 937;

No. 70–5011.   THAMES *v.* TEXAS, 408 U. S. 937;

No. 70–5022.   TEA *v.* TEXAS, 408 U. S. 937;

No. 70–5024.   FARRELL *v.* STOVALL ET AL., 407 U. S. 901;

No. 70–5031.   SELLARS *v.* BETO, CORRECTIONS DIRECTOR, 408 U. S. 937;

No. 70–5044.   JACKSON *v.* BETO, CORRECTIONS DIRECTOR, 408 U. S. 937;

No. 70–5064.   JEFFERSON ET AL. *v.* HACKNEY, COMMISSIONER OF PUBLIC WELFARE, ET AL., 406 U. S. 535;

No. 70–5065.   MILLER *v.* GEORGIA, 408 U. S. 938;

No. 70–5066.   WILLIAMS *v.* SMITH, WARDEN, 408 U. S. 938;

No. 70–5067.   MORALES *v.* TEXAS, 408 U. S. 938;

No. 70–5069.   McKENZIE *v.* TEXAS, 408 U. S. 938;

No. 70–5079.   HENDERSON *v.* GEORGIA, 408 U. S. 938;

No. 71–249.   ORR *v.* TRINTER ET AL., 408 U. S. 943;

No. 71–308.   UNITED STATES *v.* BYRUM, EXECUTRIX, 408 U. S. 125;

No. 71–473.   WEG *v.* UNITED STATES, 406 U. S. 962;

No. 71–506.   UNITED STATES ET AL. *v.* MIDWEST VIDEO CORP., 406 U. S. 649;

No. 71–1111.   MUSE *v.* NORTH CAROLINA, 406 U. S. 974;

No. 71–1147.   FORD MOTOR CO. *v.* ELLIPSE CORP., 406 U. S. 948;

No. 71–1164.   WATTS *v.* MYLIUS, 406 U. S. 906;

No. 71–1206.   DEPUGH *v.* UNITED STATES, 407 U. S. 920;

No. 71–1214.   STEIN *v.* UNITED STATES, 408 U. S. 922; and

No. 71–1227.   MASTROTATARO *v.* UNITED STATES, 406 U. S. 967.   Petitions for rehearing denied.